```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION
```

CARPENTERS' DISTRICT COUNCIL OF        )
GREATER ST. LOUIS AND VICINITY,        )
                                       )
            Plaintiff(s),              )
                                       )
      v.                               )      No. 4:07CV1174-DJS
                                       )
MARK MITCHELL, an individual,          )
d/b/a MARK MITCHELL EXTERIORS,         )
                                       )
            Defendant(s).              )

## ORDER

**IT IS HEREBY ORDERED** that plaintiff(s) shall forthwith serve process in this matter or mail request(s) for waiver of service.

**IT IS FURTHER ORDERED** that, notwithstanding Fed.R.Civ.P. 26(d) and (f), any party who has entered an appearance may, without leave of Court, serve interrogatories and requests for production or inspection upon the plaintiff at any time, and upon any other party after that party's entry of appearance. Parties shall respond to such discovery requests within 30 days of service of the discovery requests. No party may, without leave of Court, take oral depositions or serve requests for admission prior to the Court's issuance of a Case Management Order. <u>As permitted by this order, discovery shall commence immediately</u>.

**IT IS FURTHER ORDERED** that, in the event that plaintiff(s) serve discovery requests upon a party who has not entered

an appearance as of the date of this order, plaintiff(s) shall serve a copy of this order along with the discovery requests.

                                         /s/Donald J. Stohr
                                         **UNITED STATES DISTRICT JUDGE**

**Dated:**     **6/29/07**