UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS' DISTRICT CONCIL OF ) | |
| GREATER ST. LOUIS AND VICINITY, et al., ) | |
| ) | Case No. 4:07CV1174-DJS |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| MARK MITCHELL, an individual, d/b/a ) | |
| MARK MITCHELL EXTERIORS, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR LEAVE TO DISMISS WITHOUT PREJUDICE**

Come now plaintiffs, through counsel, and move this Court for leave to dismiss their action without prejudice. In support of this motion, plaintiffs state that to their knowledge it does not appear that defendant is in business at this time, and therefore it would not be cost effective or a prudent use of the resources of the parties and the Court to continue this litigation.

Respectfully submitted,

HAMMOND AND SHINNERS, P.C.
7730 Carondelet, Suite 200
St. Louis, Missouri 63105
Phone: (314) 727-1015
Fax:   (314) 727-6804

         /s/ Greg A. Campbell
GREG A. CAMPBELL, #2774
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2009 the foregoing was filed electronically with the Clerk of the Court to be served on the following participant in electronic filing: Bruce C. Cohen, Attorney for Defendant, 265 Greenyard Court, Ballwin, MO  63011.

         /s/ Greg A. Campbell