```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION


CARPENTERS' DISTRICT COUNCIL OF    )
GREATER ST. LOUIS, ET AL.,         )
                                   )
               Plaintiffs,         )
                                   )
       vs.                         )    No.  4:07CV1174-DJS
                                   )
MARK MITCHELL, d/b/a MARK          )
MITCHELL EXTERIORS,                )
                                   )
               Defendant.          )
```

## ORDER

**IT IS HEREBY ORDERED** that, in light of the Court's order granting plaintiffs' motion for leave to dismiss this case without prejudice, all pending motions are denied as moot.

Dated this __23rd__ day of March, 2009.

                                   /s/Donald J. Stohr
                                   UNITED STATES DISTRICT JUDGE